## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

IN RE MEDTRONIC, INC.
SPRINT FIDELIS LEADS PRODUCTS
LIABILITY LITIGATION

This documents relates to:
**Michele L. Louros v. Medtronic, Inc.**
**08-cv-06553**

MDL NO. 08-1905 (RHK/JSM)

**ORDER GRANTING PLAINTIFFS'**
**LEAD COUNSEL'S MOTION TO**
**DISMISS**

---

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No.

27), and based on the files, records and pleadings herein, **IT IS ORDERED** that the

Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal

Rule of Civil Procedure Rule 41(a), the action styled Michele L. Louros v. Medtronic,

Inc., Civil Action No. 08-cv-06553, is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 17, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge